IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY SMITH, | : | CIVIL ACTION |
| Petitioner, | : | NO. 11-5144 |
| v. | : | |
| TABB BICKELL, et al., | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 15th day of October, 2012, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254; the thoughtful and well-prepared Report and Recommendation by U.S. Magistrate Judge Arnold C. Rapoport, and Petitioner's Objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus is DISMISSED without an evidentiary hearing.

3. A certificate of appealability should not issue because Petitioner has failed to show that a reasonable jurist could conclude that the Court is incorrect in dismissing the Petition.

4. The Clerk of Court shall close this case for all purposes, including statistics.

BY THE COURT:

_____
C. DARNELL JONES, II, U.S.D.J.